# EXHIBIT A



MCCUNE - LEONARD 

Page 1 / 5
Attachments

## Arkansas Uniform Motor Vehicle Collision Report

Report Number
**230707305**

| | | | | | | |
|---|---|---|---|---|---|---|
| **S U M M A R Y** | Date 7/29/2007 | Day SUNDAY | Time 02:00 PM | Time Notified 02:09 PM | Time Arrived 02:28 PM | Unit Assigned A66 | District |
| | Road/Street/Highway US 65 | | | Latitude | Longitude | Section 9 | Log Mile 2.04 |
| | At Intersection With | | | Not at Intersection, But 2 Ft | Direction SOUTH | Of Reference Point BRIDGE, LOG MILE 2.04 | |
| | County FAULKNER | | County GLC AR 05 045 | City | | City GLC | |
| | Hit and Run ☐ Yes ☒ No | Not In City, But 2.04 MI | Direction SOUTH | Of Reference City DAMASCUS | | Speed Limit Posted YES | Speed Limit 55 | Speed Limit 2 |
| | Number of Vehicles 2 | Number of Carriers 0 | | Number of Pedestrians 0 | Number of Witnesses 3 | Number of Property Owners 0 | |

| | | | |
|---|---|---|---|
| **E N V I R O N M E N T** | Atmospheric Conditions CLEAR | Light Conditions DAYLIGHT | Accident Locale RURAL |
| | Surface Conditions DRY | Road System U.S. HIGHWAY | Road Surface CONCRETE |
| | Road Alignment STRAIGHT | Road Profile GRADE | Traffic Lanes(#) 4 | Traffic Flow NOT DIVIDED |
| | Construction/Maintenance Zone NO | Roadway Defects NO DEFECTS | |
| | Relation to Junction NON-JUNCTION | Traffic Controls TRAFFIC LANES MARKED | |
| | Traffic Control Devices FUNCTIONING PROPERLY | Type of Collision REAR END | Fire Occurrence NO FIRE OCCURRENCE |

| | | | | |
|---|---|---|---|---|
| Rank TRP | Officer - Last Name HITCHCOCK | Officer - First Name RUSTIN | Officer - MI L | Officer - Suffix |
| Officer - Signature *[signature]* | | Officer - Badge Number 10 | Officer - Department ASP - TROOP A | |
| | | Reviewing Officer SAC *[signature]* 8/1/07 | Date Filed 30-Jul-07 | Photos YES |
| Rank SGT | Supervisor - Last Name LEWIS | Supervisor - First Name SIEGFRIED | Supervisor - MI | Supervisor - Suffix |
| Supervisor - Signature | | Supervisor - Badge Number 533 | | Supervisor Da |
| | | Supervisor - Department ASP - TROOP A | | |



MCCUNE - LEONARD

# Arkansas Uniform Motor Vehicle Collision Report

Page 2 / 5
Attachments
Report Number
**230707305**

## DRIVER 1

| Field | Value |
|---|---|
| Driver - Last Name | MCCUNE |
| Driver - First Name | CARMEN |
| Driver - MI | H |
| Driver - Suffix | |
| Driver - Telephone # | |
| Driver - Address | 6201 LAMBEAU CT |
| Driver - City | MCKINNEY |
| Driver - State | TX |
| Driver - Zip Code | 75070 |
| Driver - License Number | 03093410 |
| DL State | TX |
| DL Endorse. | |
| DL Class | C |
| DL Restrictions | |
| Driver - Date of Birth | 1/31/1982 |
| Driver - Race | CAUCASIAN |
| Driver - Sex | FEMALE |
| Driver - Ejection Code | NOT EJECTED |
| Driver - Injury | INCAPACITATING INJURY |
| Air Bag | DEPLOYED AIRBAG |
| Driver - Safety Equipment | LAP AND SHOULDER BELT |
| Driver - Vision Obscured | NOT OBSCURED |

Test Requested: ☒ Yes ☐ No
Test Type(s): ☒ Blood ☐ Urine ☐ Breath ☒ Toxicology
Driver - Condition: APPEARED NORMAL
Driver - Impairment: NONE
Blood/Breath/Urine Results: PENDING FROM STATE CRIME LAB

## VEHICLE 1

| Field | Value |
|---|---|
| Owner - Last Name | MCCUNE |
| Owner - First Name | CARMEN |
| Owner - MI | H |
| Owner - Suffix | |
| Owner - Address | 6201 LAMBEAU CT |
| Owner - City | MCKINNEY |
| Owner - State | TX |
| Owner - Zip Code | 75070 |
| License Plate | ☒ Yes ☐ No |
| Year | 2005 |
| Make | FORD |
| Model | EXPLORER |
| Plate - Year | 2008 |
| Plate - State | TX |
| Plate - Number | 31WPK2 |
| Vehicle - Body | SPORT UTILITY |
| Vehicle - Color 1 | BLACK |
| Vehicle - Color 2 | |
| Vehicle Identification Number | 1GMZY67K155UA70348 |
| Insurance - Company Name | TRAVELERS |
| Insurance - Policy Number | 9786225391221 |
| Number of Passengers | 2 |
| MultiPass Reqd. | NO |

CMV Qualifying Information:
☐ GVWR/GCWR > 10,000 lbs   ☐ Bus (9 or more seats)   ☐ Haz Mat Placard (any vehicle type)

Trailer(s) Attached: NO   Number of Trailers: _   Registration State: _   Plate Number: _

## Vehicle Damage

Estimated Damage: $12,000.00

Point of Initial Contact:
TRAILER — (diagram, none checked, Unknown ☐)
CAR — (diagram, right side box checked ☒, Undercarriage ☐)

| Field | Value |
|---|---|
| Direction of Travel | SOUTH |
| Vehicle Action | GOING STRAIGHT |
| Collision Damage | DISABLED |
| First Harmful Event | ON ROADWAY |
| First Harmful Collision With | MV IN TRANSPORT |
| Contributing Factors | CARELESS PROHIBITED DRIVING |
| Collision with fixed object | NO COLLISION WITH FIXED OBJECT |
| Vehicle Defects | UNKNOWN |
| Prior Vehicle Damage | NO |
| Damage Location | |
| Vehicle Towed | ☒ Yes ☐ No |
| Name of Towing Service | ECONOMY TOWING |
| Address Vehicle Removed To | 204 SOUTH BROADVIEW |
| City Vehicle Removed To | GREENBRIAR |
| State Vehicle Removed To | AR |
| Zip Vehicle Removed To | 72058 |
| Injury Transported | ☒ Yes ☐ No |
| EMS Notified | 02:06 PM |
| EMS Arrived | 02:25 PM |
| Transported By | MEMS |
| Hospital Name | CONWAY REGIONAL MED CTR |
| Hospital City | CONWAY |
| Hospital State | AR |



MCCUNE - LEONARD

Page 3 / 5
Attachments
Report Number
**230707305**

# Arkansas Uniform Motor Vehicle Collision Report

## DRIVER 2

- **Driver - Last Name:** LEONARD
- **Driver - First Name:** STEVEN
- **Driver - MI:** L
- **Driver - Suffix:**
- **Driver - Telephone #:**
- **Driver - Address:** 3853 GRAVESVILLE
- **Driver - City:** DAMASCUS
- **Driver - State:** AR
- **Driver - Zip Code:** 72039
- **Driver - License Number:** 909625593
- **DL State:** AR
- **DL Endorse.:**
- **DL Class:** D
- **DL Restrictions:**
- **Driver - Date of Birth:** 9/11/1954
- **Driver - Race:** CAUCASIAN
- **Driver - Sex:** MALE
- **Driver - Ejection Code:** EJECTED
- **Driver - Injury:** INCAPACITATING INJURY
- **Air Bag:** NOT APPLICABLE
- **Driver - Safety Equipment:** NONE USED
- **Driver - Vision Obscured:** NOT OBSCURED
- **Test Requested:** ☒ Yes ☐ No
- **Test Type(s):** ☒ Blood ☐ Urine ☐ Breath ☒ Toxicology
- **Driver - Condition:** APPEARED NORMAL
- **Driver - Impairment:** NONE
- **Blood/Breath/Urine Results:** PENDING FROM STATE CRIME LAB.

## VEHICLE 2

- **Owner - Last Name:** LEONARD
- **Owner - First Name:** STEVEN
- **Owner - MI:** L
- **Owner - Suffix:**
- **Owner - Address:** 3853 GRAVESVILLE
- **Owner - City:** DAMASCUS
- **Owner - State:** AR
- **Owner - Zip Code:** 72039
- **License Plate:** ☐ Yes ☒ No
- **Year:** 1963
- **Make:** JOHN DEER
- **Model:** 4010
- **Plate - Year:**
- **Plate - State:**
- **Plate - Number:**
- **Vehicle - Body:** TRACTOR
- **Vehicle - Color 1:** GREEN
- **Vehicle - Color 2:**
- **Vehicle Identification Number:** 47223
- **Insurance - Company Name:** N/A
- **Insurance - Policy Number:** N/A
- **Number of Passengers:** 0
- **MultiPass Reqd.:** NO
- **CMV Qualifying Information:** ☐ GVWR/GCWR > 10,000 lbs   ☐ Bus (9 or more seats)   ☐ Haz Mat Placard (any vehicle type)
- **Trailer(s) Attached:** NO
- **Number of Trailers:**
- **Registration State:**
- **Plate Number:**

### Vehicle Damage

- **Estimated Damage:** $8,000.00
- **Point of Initial Contact:** TRAILER / CAR — ☐ Unknown   ☐ Undercarriage
- **Direction of Travel:** SOUTH
- **Vehicle Action:** GOING STRAIGHT
- **Collision Damage:** DISABLED
- **First Harmful Event:** ON ROADWAY
- **First Harmful Collision With:** MV IN TRANSPORT
- **Contributing Factors:** NONE
- **Collision with fixed object:** NO COLLISION WITH FIXED OBJECT
- **Vehicle Defects:** UNKNOWN
- **Prior Vehicle Damage:** NO
- **Damage Location:**
- **Vehicle Towed:** ☒ Yes ☐ No
- **Name of Towing Service:** JERRY'S WRECKER SERVICE
- **Address Vehicle Removed To:** 60 SOUTH BROADWAY
- **City Vehicle Removed To:** DAMASCUS
- **State Vehicle Removed To:** AR
- **Zip Vehicle Removed To:** 72039
- **Injury Transported:** ☒ Yes ☐ No
- **EMS Notified:** 02:06 PM
- **EMS Arrived:** 02:20 PM
- **Transported By:** MEMS
- **Hospital Name:** CONWAY REGIONAL MED CTR
- **Hospital City:** CONWAY
- **Hospital State:** AR



MCCUNE - LEONARD

# Arkansas Uniform Motor Vehicle Collision Report

Page 4 / 5
Attachments
Report Number
**230707305**

### PASSENGER 1

| Field | Value |
|---|---|
| Passenger - Last Name | |
| Passenger - First Name | |
| Passenger - MI | |
| Passenger - Suffix | |
| Passenger - Occupancy | VEHICLE #1 |
| Passenger - Address | 6201 LAMBEAU CT |
| Passenger - City | MCKINNEY |
| Passenger - State | TX |
| Passenger - Zip Code | 75070 |
| Position In/On Vehicle | 1 (X), 4 (X) |
| Passenger - Race | CAUCASIAN |
| Passenger - Sex | FEMALE |
| Age | 6 |
| Safety Equipment Used | LAP AND SHOULDER BELT |
| Ejection Code | NOT EJECTED |
| Injury Code | INCAPACITATING INJURY |
| Air Bag | NOT APPLICABLE |
| Injury Transported | YES |
| EMS Notified | 02:06 PM |
| EMS Arrived | 02:20 PM |
| Transported By | MED-FLIGHT |
| Hospital Name | ARKANSAS CHILDREN'S HOSPITAL |
| Hospital City | LITTLE ROCK |
| Hospital State | AR |

### PASSENGER 2

| Field | Value |
|---|---|
| Passenger - Last Name | |
| Passenger - First Name | |
| Passenger - MI | |
| Passenger - Suffix | |
| Passenger - Occupancy | VEHICLE #1 |
| Passenger - Address | 6201 LAMBEAU CT |
| Passenger - City | MCKINNEY |
| Passenger - State | TX |
| Passenger - Zip Code | 75070 |
| Position In/On Vehicle | 1 (X), 6 (X) |
| Passenger - Race | CAUCASIAN |
| Passenger - Sex | MALE |
| Age | 4 |
| Safety Equipment Used | CHILD RESTRAINT |
| Ejection Code | NOT EJECTED |
| Injury Code | INCAPACITATING INJURY |
| Air Bag | NOT APPLICABLE |
| Injury Transported | YES |
| EMS Notified | 02:06 PM |
| EMS Arrived | 02:20 PM |
| Transported By | MED-FLIGHT |
| Hospital Name | ARKANSAS CHILDREN'S HOSPITAL |
| Hospital City | LITTLE ROCK |
| Hospital State | AR |

### WITNESS 1

| Field | Value |
|---|---|
| Last Name | CUMMINGS |
| First Name | JENNIFER |
| MI | R |
| Suffix | |
| Address | 3000 GEMSTONE CORE |
| City | SHERWOOD |
| State | AR |
| Zip Code | 72120 |

### WITNESS 2

| Field | Value |
|---|---|
| Last Name | LIPSM |
| First Name | ROBERT |
| MI | E |
| Suffix | |
| Address | 52 OAKRIDGE DR |
| City | BIGELOW |
| State | AR |
| Zip Code | 72016 |

### WITNESS 3

| Field | Value |
|---|---|
| Last Name | JACKSON |
| First Name | BOBBY |
| MI | C |
| Suffix | |
| Address | 5931 HWY 9 |
| City | MALVERN |
| State | AR |
| Zip Code | 72104 |

### Narrative

V1 OPERATED BY MCCUNE AND V2 OPERATED BY LEONARD WERE TRAVELING SOUTH BOUND ON US 65 IN THE #1 LANE APPROACHING BATESVILLE CREEK BRIDGE, LOG MILE 2.04, V1 WAS TRAVELING BEHIND V2.

WHILE APPROACHING THE BRIDGE V2 MERGED FROM THE WEST SIDE SHOULDER OF US 65 INTO THE #1 LANE. V1 WHO WAS DRIVING IN A CARELESS MANNER, FAILED TO SEE V2 IN THE #1 LANE. THE FRONT OF V1 STRUCK THE REAR OF V2.

V1 TRAVELED 20 FT 11 IN AFTER IMPACT COMING TO FINAL REST IN THE #1 LANE. AFTER IMPACT V2 TRAVELED 163 FT 2 IN AND ROLLED LANDING UP SIDE DOWN COMING TO FINAL REST IN THE #1 LANE FACING SOUTHWEST.

