# EXHIBIT D

MySpace *a place for friends*

Home
Browse People
Find Friends
Local
Music
Video
More ▼

- JASON - ▼

Log In
Sign Up

I'm A Testimony of God's Work

Male
18 years old
MC KINNEY, Texas
United States

Last Login: 7/27/2009

Mood: excited

View My: Pics | Videos | Playlists

**MySpace URL:**
www.myspace.com/jasonmccunespage

send message | forward
add to friends | add to favs
instant message | block
add to group | rank user

**Had fun at the Cowboy Event! Yeehaw!!**
view more

___'s Latest Blog Entry

[Subscribe to this Blog]

New Prayer 3/11/09 (view more)

[View All Blog Entries]

**About me:**
My name is ___ & I was in a very bad car accident on July 29th 2007, just 7 months after my 5 month old baby brother passed away from sids. I took my shoulder strap off just minuetes before our crash & the impact made the lap belt break my lower lumbar & backless booster seat. My body was thrown forward so hard that it made my head go past my knees causing my spinal cord to stretch so thin that there's only a hair line of tissue connecting itself with my brainstem. I had a lot of swelling in my brain & around my spinal cord & didn't get my back fixed for 7 weeks. My parents transferred me from Arkansas Childrens Hospital to Dallas Childrens hospital since Ar couldn't pull a team of surgeons together to help me. While I was in Arkansas I got a bed sore on the back of my head & now have a permanent raw/bald spot where it was. They did not care for me

(1 of 10) [7/30/2009 3:52:15 PM]

MCCUNE
GRACO 1093



MCCUNE GRACO 1094