**EXHIBIT B**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF TEXAS

 3                      TEXARKANA DIVISION

 4   _____

 5   CHAD MCCUNE, ET AL.,              *
                                       *
 6           Plaintiffs,               *
     Versus                            *    Case No.
 7                                     *    5:2009cv00107
                                       *
 8   GRACO CHILDREN'S PRODUCTS,        *
     ET AL.,                           *
 9                                     *
             Defendants.               *
10   _____

11          DEPOSITION OF WILLIAM PAUL CUMMINGS
                    NOVEMBER 4, 2010
12   _____

13

14

15

16          TAKEN BEFORE Teresa L. Hollingsworth,

17   Certified Court Reporter, Certificate No. 537,

18   Bushman Court Reporting, 620 West Third Street,

19   Suite 101, Little Rock, Arkansas, on November 4,

20   2010, at the Arkansas Bar Center, 2224 Cottondale

21   Lane, Little Rock, Arkansas commencing at

22   9:14 a.m.

23

24

25
```

BUSHMAN COURT REPORTING
BLITTLE ROCK, ARKANSASG

Page 6

1    MR. FIELDS: Ben Fields on behalf
2    of Jason McCune and his family.
3    THE WITNESS: William Paul
4    Cummings.
5    WILLIAM PAUL CUMMINGS
6    The witness hereinbefore named, having
7  first been duly cautioned and sworn or affirmed to
8  tell the truth, the whole truth, and nothing but
9  the truth testified as follows:
10   EXAMINATION
11 BY MS. OERTLE:
12 Q.  Sir, you mentioned your name a minute ago,
13 but now that we are on the record, could you tell
14 us your name again?
15 A.  Sure. William Paul Cummings.
16 Q.  Mr. Cummings, where do you live?
17 A.  3000 Gemstone Cove, Sherwood, Arkansas
18 72120.
19 Q.  What is your birthday?
20 A.  February 11th, 1969.
21 Q.  Mr. Cummings, you understand we're here
22 today about an accident that happened back in July
23 of 2007?
24 A.  Yes.
25 Q.  Were you a witness to that accident?

Page 7

1  A.  Yes.
2  Q.  Do you have an independent memory of that
3  accident as we sit here today?
4  A.  I recall quite a bit of it.
5  Q.  Let's back up a little bit before we get to
6  the accident and tell me who you were traveling
7  with on the day of the accident?
8  A.  My wife Jennifer Ray Cummings and I were
9  riding in the same vehicle in the front seats.
10 Q.  Where were you headed to and from?
11 A.  Well, we had been in Branson and we were
12 coming down south on Interstate 65 and had just
13 left Damascus going towards -- our final
14 destination was home.
15 Q.  You were traveling southbound, you say?
16 A.  Correct.
17 Q.  What vehicle were you in that day?
18 A.  Her maroon 2000 model Ford Focus.
19 Q.  What -- that was a Sunday?
20 A.  Yes.
21 Q.  What was the weather like that day?
22 A.  It was clear and sunny.
23 Q.  How was the traffic level on I-65?
24 A.  It was pretty congested. Interstate 65
25 coming from Branson, there is quite a bit of

Page 8

1  weekend travel folks where -- you know, at the
2  beginning of the weekend folks are going north,
3  you know, going north and going up to Branson and
4  after the weekend is over quite a few folks coming
5  home, and I-65 will go anywhere from two to four
6  lanes, you know. Actually, more like two lanes to
7  three because quite a few areas one segment of the
8  road will widen up to two lanes while the opposing
9  traffic only has one lane.
10 Q.  And how was the traffic around the Damascus
11 area where the accident occurred?
12 A.  Well, it had -- through Damascus as I recall
13 it had opened up into four lanes. So, I mean, it
14 is still pretty congested because everybody was
15 trying to, you know, people were trying to jockey
16 for position, if you will, trying to get ahead of
17 the slower traffic and still not get caught by the
18 Damascus police.
19 Q.  Do you remember around what time of day the
20 accident occurred?
21 A.  It was afternoon. I don't know -- I don't
22 remember the exact time, but I know it was -- I am
23 wanting to say -- I would fathom a guess it was
24 about 2 or 3 o'clock.
25 Q.  Still daylight?

Page 9

1  A.  Yes. Very much so.
2  Q.  Were you the one driving?
3  A.  Yes.
4  Q.  Tell me what you saw in terms of the
5  accident?
6  A.  We had just come out of Damascus and the
7  black Ford Sport Trac was probably about 500
8  yards, 4 or 500 yards ahead of us, and they were
9  nearing the bottom of the hill and there was a
10 farm tractor in the right-hand slow lane, and you
11 know, I don't recall seeing brake lights or any
12 effort to get into the fast lane to go around the
13 vehicle, and I saw her strike the vehicle and
14 pieces and parts go everywhere.
15 Q.  Which lane of traffic was the tractor in?
16 A.  He was in the slow lane.
17 Q.  Not on the shoulder?
18 A.  No.
19 Q.  Which lane of traffic were you in?
20 A.  I was in the slow lane.
21 Q.  In the right lane?
22 A.  Correct.
23 Q.  Which lane of traffic was the Ford Sport
24 Trac?
25 A.  Again, in the right-hand or the slow lane.