**EXHIBIT H**

McCune v. Graco Children's Products, Inc., et al.

2005 Explorer Sport Trac
Restraint Control Module Removal Protocol

1. Depower the system.
    a. Disconnect the battery ground cable and wait at least 1 minute.

2. Remove the center console.
    a. Remove the floor console tray by applying slight inward pressure when lifting at the rear.



    b. Disconnect the floor console electrical connectors.



1

c. Remove the floor console front bolts.



d. Remove the floor console center bolts.



e. Move the console rearward to disengage the rear mounting bracket.



- Note: If the front floor pan in the tunnel area is deformed, it may be necessary to cut off the forward portion of the console to expose the RCM.

f. Remove floor console.

2

3. Disconnect the large RCM electrical connector.
   a. Pinch the thumb tab and pivot the connector position assurance lever away from the RCM, disengaging the lever.
   b. Pull out and disconnect the large RCM electrical connector.



4. Disconnect the small RCM electrical connector.
   a. Push down and release the retaining tab and disconnect the small RCM connector.
   b. Remove the bolt.



5. Remove the RCM.
    a. Remove the (2) remaining bolts.
    b. Remove the RCM



Note: Each step will be photo documented and a chain of custody established for the module.

4