IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHAD MCCUNE, et al. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | Case No 5:2009cv00107 |
| | § | |
| GRACO CHILDREN'S PRODUCTS, INC., et al., | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER ON DEFENDANT'S MOTION TO COMPEL**

Now pending before the Court is Graco Children Products, Inc.'s Motion to Compel Download of Restraint Control Module Data. [Docket #60]. The Court grants the motion, and plaintiffs are ordered to make the subject vehicle available for download of the RCM data pursuant to the proposed protocol set forth in Graco's motion.