IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHAD MCCUNE, et al. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | Case No 5:2009cv00107 |
| | § | |
| GRACO CHILDREN'S PRODUCTS, INC., et al., | § | |
| | § | |
| DEFENDANTS. | § | |

**DEFENDANT GRACO CHILDREN'S PRODUCTS INC.'S
AGREED MOTION FOR LEAVE TO FILE A DVD AS AN
<u>EXHIBIT TO ITS DAUBERT MOTION</u>**

Graco Children's Products Inc. ("Graco") respectfully requests that this Court grant it leave to file a DVD containing videos of crash testing relied on by plaintiffs' expert and cited in its Motion to Exclude Certain Opinions of Gary Whitman and Wayne K. Ross, M.D. Graco states that these videos are evidence relevant to deciding Graco's *Daubert* motion. Although the DVDs are not uploadable to the Court's ECF system in searchable PDF format, Graco seeks

leave to provide them to the Court and plaintiffs' counsel on a DVD for viewing on a computer.

Respectfully submitted,


/s/ Heidi Oertle
Heidi Oertle

Joseph J. Krasovec, III
Heidi K. Oertle
Schiff Hardin LLP
233 S. Wacker, Suite 6600
Chicago, Illinois 60606
312-258-5500
312-258-5600 facsimile

John B. Greer III
Texas Bar No. 08420000
Greer & Miller
3512 Texas Boulevard
Texarkana, Texas 75503
(903) 791-9300
(903) 791-9301 facsimile


ATTORNEYS FOR DEFENDANT
GRACO CHILDREN'S PRODUCTS INC.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 20, 2011, she filed the foregoing document on all counsel of record via ECF.

/s/ Heidi Oertle
Heidi Oertle

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that Counsel have complied with Local Rule CV 7(h) in that national counsel for Graco Children's Products Inc., Joseph Krasovec, met and conferred with counsel for plaintiffs, R. Douglas Gentile, telephonically on May 17, 2011, and that counsel for plaintiffs agree to the relief sought in this motion.

/s/ Heidi Oertle
Heidi Oertle

CH2\90097131.1