IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHAD MCCUNE AND CARMEN MCCUNE, | § | |
| INDIVIDUALLY AND AS NEXT FRIENDS OF | § | |
| J.M., A MINOR, AND STEPHEN D. HOWEN, | § | |
| ESQ., AS THE CURRENT GUARDIAN | § | |
| AD LITEM OF PLAINTIFF J.M., A MINOR, | § | CIVIL ACTION NO. 509-CV-107 |
| | § | |
| Plaintiffs, | § | JURY TRIAL |
| | § | |
| v. | § | |
| | § | |
| GRACO CHILDREN'S PRODUCTS, INC.; | § | |
| WAL-MART STORES, INC.; AND | § | |
| WAL-MART STORES EAST, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT GRACO CHILDREN'S PRODUCTS INC.'S NOTICE OF SERVICE OF SECOND SUPPLEMENTAL RULE 26 DISCLOSURES**

The undersigned certifies that on June 7, 20011, Graco Children's Products Inc. served its Second Supplemental Rule 26 Disclosures on counsel for plaintiffs via email.

/s/ Heidi Oertle

Joseph J. Krasovec, III
Heidi K. Oertle
Schiff Hardin LLP
233 S. Wacker, Suite 6600
Chicago, Illinois 60606
312-258-5500
312-258-5600 facsimile

John B. Greer III
Texas Bar No. 08420000
Greer & Miller
3512 Texas Boulevard
Texarkana, Texas 75503
(903) 791-9300
(903) 791-9301 facsimile

ATTORNEYS FOR DEFENDANT
GRACO CHILDREN'S PRODUCTS
INC.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 7, 2011, she filed the foregoing document on all counsel of record via the Court's ECF filing system.

.

                                                           /s/ Heidi Oertle
                                                           Heidi Oertle