IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHAD MCCUNE, et al. | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | Case No 5:2009cv00107 |
| | § | |
| GRACO CHILDREN'S PRODUCTS, INC., et al., | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER ON DEFENDANT'S AGREED MOTION FOR LEAVE TO
EXCEED PAGE LIMIT**

Pending before the Court is Graco Children's Products Inc.'s Agreed Motion for Leave to Exceed the Page Limit. The motion is GRANTED and Graco is given leave to file a 10-page reply brief in support of its motion for summary judgment.

**SIGNED this 10th day of June, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE