IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Judge David Folsom

| | | |
|---|---|---|
| MCCUNE | )( | |
| | )( | |
| V. | )( | CIVIL NO. 5:09CV107 |
| | )( | |
| GRACO CHILDREN'S PRODUCTS | )( | |

___

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | Douglas Gentile; Darby Doan |
| ATTORNEY FOR DEFENDANTS: | John Greer; Joseph Krasovec |
| LAW CLERK: | Evelyn Chen |
| COURTROOM DEPUTY: | Mel Martin |
| COURT REPORTER: | Libby Crawford |

___
MOTION HEARING
July 5, 2011 @ 2:00 p.m.

OPEN: 2:02     ADJOURN: 2:43
___

2:02  ct/ motion for reconsideration and motion to substitute parties;

2:03  Gentile/ argues motion to reconsider;

2:04  ct/ emergency motion was filed; give me a summary of what is going on procedurally;

2:04  Gentile/ responds; feel that motion for reconsideration is now moot;

2:09  ct/ let's hear from the dfts

2:09  Krasovec/ responds;

2:14  Gentile/ reply;

2:14  ct/ why is her ruling an abuse of discretion;

2:15  Gentile/ responds;

2:16  ct/ not necessarily ordering ptys to go forward in one way or another; dfts requesting;

2:16  Gentile/ responds;

2:17   ct/ set for August docket

2:17   Gentile/ yes;

2:29   Krasovec/ address' the ct;

2:29   ct/ concerns re: reliability

2:29   Krasovec/ no concerns because I don't know what it is at this point; the safeguard;

2:31   ct/ ptys ready to go forward on motion to substitute;

2:32   Doan/ argues motion to substitute;

2:38   Krasovec/ responds;

2:39   ct/ an issue that can probably be decided at the last moment

2:39   Krasovec/ address' the ct;

2:39   ct/ would certainly grant you leave to depose if I allowed the substitution;

2:40   Doan/ address' the ct;

2:40   ct/ when do you want to be back to set this; 7/18th at 2:00pm; 15 mins each side; anything else;

2:42   Doan/ housekeeping; trial date;

2:43   ct/ will let you know as soon as I know;

2:43   recess