IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHAD MCCUNE, et al., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:09-CV-107 |
| GRACO CHILDREN'S PRODUCTS, INC., et al., | § § § | |
| Defendant. | § § | |

**O R D E R**

Before the Court are Plaintiffs' Motion Regarding Estimated Trial Time and Defendant's Motion Submitting Estimate of Time Required for Trial. Dkt. Nos. 124 and 125. Plaintiffs request 28 hours of time and Defendant requests 20 hours of time. Plaintiffs justified their time request, in part, by stating that they intended to play seven hours of video depositions. At the hearing on July 18, 2011, the Court strongly advised Plaintiffs to limit the amount of video depositions played to the jury. Accordingly, this Court **ORDERS** that each side shall be allowed **20 hours** to present their cases at trial, excluding time related to jury selection, opening, closing, and transition statements.

    IT IS SO ORDERED.

    SIGNED this 19th day of July, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE