IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHAD MCCUNE, et al. | § § § | |
| PLAINTIFFS, | § § | |
| V. | § | Case No 5:2009cv00107 |
| GRACO CHILDREN'S PRODUCTS, INC., et al., | § § § | |
| DEFENDANTS. | § § | |

## GRACO CHILDREN'S PRODUCTS INC.'S
## NOTICE OF MOCK TRIAL

Pursuant to this Court's April 1, 2008 Standing Order, defendant Graco Children's Products Inc. hereby provides notice to the Court and to plaintiffs that it conducted a mock trial in this case in Texarkana, Texas.  Graco will provide names and addresses of the participants in the mock trial exercise to the Court *in camera.*

Respectfully submitted,

/s/ Heidi Oertle
Joseph J. Krasovec, III
Heidi K. Oertle
Schiff Hardin LLP
233 S. Wacker, Suite 6600
Chicago, Illinois 60606
312-258-5500
312-258-5600 facsimile

John B. Greer III
Texas Bar No. 08420000
Greer & Miller
3512 Texas Boulevard
Texarkana, Texas 75503
(903) 791-9300
(903) 791-9301 facsimile

Jeffrey S. Patterson
Hartline Dacus Barger Dreyer LLP
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
(214) 346-3701
(214) 267-4201 facsimile

ATTORNEYS FOR DEFENDANT
GRACO CHILDREN'S PRODUCTS INC.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on July 22, 2011, she filed the foregoing document on all counsel of record via the Court's ECF system.

.

                                                                         /s/ Heidi Oertle
                                                                         Heidi Oertle