IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

Judge David Folsom

| | | |
|---|---|---|
| MCCUNE | )( | |
| | )( | |
| V. | )( | CIVIL NO. 5:09CV107 |
| | )( | |
| GRACO CHILDREN'S PRODUCTS | )( | |

---

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS: | Darby Doan; Morgan Vaughan; Alan Loewinsohn; Evan Douthit; Doublas Gentile |
| ATTORNEY FOR DEFENDANTS: | John Greer; Joseph Krasovec; Jeff Patterson; Heidi Oertle; |
| LAW CLERK: | Evelyn Chen |
| COURTROOM DEPUTY: | Mel Martin |
| COURT REPORTER: | Libby Crawford |

---

MOTION HEARING AND FINAL PRETRIAL CONFERENCE
August 8, 2011 @ 9:30 a.m.

OPEN: 9:25                                             ADJOURN:   10:48

---

9:25   ct opens; ct/ jury selection process; try to be here around 9am; will seat 14 in the jury box and remaining in the audience; 3 mins for factual summary; 20 mins to question the panel; do not give schedule of the trial, I will take that up at the conclusion; how many attys will be questioning the panel; ptys respond; ct/ only the one questioning the panel can approach the bench; 10 person jury; 4 strikes each side;

9:30   Krasovec/ will alternates be seated;

9:31   ct/ responds; 10 will be seated and all will serve; during JS and case stay within touching distance of the podium; any exhibits without objection can be used during JS; slides to be used at JS need to be exchanged; will any aids be used during JS?

9:32   Doan/ just an example of the safety seat;

9:33   Patterson/ no objection and nothing to exchange;

9:33   ct/ will go 4 days next week and no court Thursday and Friday of the following week and if not finished can complete it the week of the 29th;   will take up issues at the end of the day; will begin promptly at 9am;

9:35   Doan/ McCune's will not be here during the trial;

9:36   ct/ you are welcome to do so, tomorrow; any questions about JS or schedule; Judge Craven will meet with you re: exhibits, tomorrow afternoon; time to talk about motions in limine; will start with plfs motions; motion, response, and then reply

9:37   Gentile/ motion in limine # 1;

9:42   ct/ clients posting on My Space;

9:43   Gentile/ responds;

9:43   ct/ other part of the motion and then we will have response;

9:43   Loewinsohn/ argues motion;

9:44   ct/ would you put in your stipulation that speed was as low as 60 and as high as 78

9:45   Gentile/ responds, would need to confer;

9:45   Loewinsohn/ continues with argument;

9:57   Krasovec/ responds;

9:55   Gentile/ reply;

9:56   Krasovec/ can't agree to that;

9:56   Loewinsohn/ reply;

9:57   Gentile/ next motion;

9:59   Krasovec/ responds;

10:01   Gentile/ reply;

10:01   ct/ agree that video and information was provided to you;

10:01   Gentile/ I do agree;

10:02   Gentile/ motion in limine # 3;

10:04   Krasovec/ responds;

10:06   Gentile/ next motion; have withdrawn a portion of this motion;

10:08   Krasovec/ responds;

10:08   Gentile/ reply;

10:09   Loewinsohn/ next motion in limine;

10:10   Oertle/ responds;   do not agree;

10:10   Loewinsohn/ motion in limine # 6, would like to stand on briefing re: My Space issue;

10:11   Krasovec/ responds;

10:11   Gentile/ motion in limine # 8

10:12   Krasovec/ responds;

10:13   Loewinsohn/ motion in limine # 10

10:16   Oertle/ responds;

10:16   Loewinsohn/ reply;

10:18   ct/ will look at Louisiana case;

10:18   Loewinsohn/ motion in limine # 11

10:18   Oertle/ responds;

10:18   Gentile/ motion in limine # 12;

10:19   ct/ will deny that motion and take up objections as they arise;

10:19   Gentile/ motion in limine # 16;

10:21   Oertle/ responds;

10:22   Loewinsohn/ motion in limine # 15;

10:22   ct/ do we have the actual photograph available;

10:23   Oertley/ responds;

10:23   ct/ would like to see photographs

10:23   Loewinsohn/ reply;

10:24   Gentile/ closes our motions in limine;

10:24   Krasovec/ motions that have been addressed; similar incidents;

10:29   Gentile/ responds; stand on brief;

10:29   ct/ any other motions;

10:30   Oertle/ motion dkt # 139;

10:31   Gentile/ responds;

10:34   Oertle/ reply

10:34   Krasovec/ motion dkt # 140;

10:36   Gentile/ responds;

10:36   Krasovec/ reply;

10:38   Oertle/ motion dkt #142

10:38   Gentile/ responds;

10:41   Oertle/ motion dkt # 146

10:42   Gentile/ responds;

10:44   Oertle/ reply;

10:44   Krasovec/ motion dkt # 144; in large part will stand on brief;

10:45   Gentile/ responds;

10:47   Krasovec/ reply;

10:47   ct/ will try to have an order out by 5pm;

10:48   recess;