**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **CHAD MCCUNE, et al.,** § | | |
| § | | |
| **V.** § | **No. 5:09CV107** | |
| § | | |
| **GRACO CHILDREN'S PRODUCTS,** § | | |
| **INC., et al.,** § | | |

**ORDER**

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for Assignment of Duties to United States Magistrate Judges, the above-referenced cause of action was referred to the Honorable Caroline M. Craven for the purpose of hearing the parties' objections to certain exhibits. During the August 9, 2011 hearing on the parties' objections, the Court advised the parties that she would issue an Order on Defendant's objections to three of Plaintiffs' exhibits, Exhibit Nos. 22D, 120, and 120A.

The Court, having reviewed the exhibits, the objections, and hearing arguments of counsel, **OVERRULES** Defendant's objections to Plaintiffs' Exhibit Nos. 22D, 120, and 120A.

**IT IS SO ORDERED.**
**SIGNED this 9th day of August, 2011.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE