**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| CHAD McCUNE, et al., | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 5:09-CV-107-DF |
| GRACO CHILDREN'S PRODUCTS, INC., et al., | § | |
| Defendants. | § | |

**O R D E R**

The Court is currently conducting a jury trial in the above-captioned case. *See* 8/8/2011 Minute Entry, Dkt. No. 190. Before the Court are Plaintiffs' objections to Defendant's designations. Also before the Court are Defendant's objections to Plaintiffs' counter-designations. The Court hereby rules on the objections as stated in the tables below:

**A. Jennifer Cummings (November 4, 2010)**

| Defendant's Designation | Plaintiffs' Objection | Court's Ruling |
|---|---|---|
| 9:2-17 | Fault irrelevant given plaintiff's admission of being distracted; prejudicial | OVERRULED as to 9:2-12<br><br>**SUSTAINED** as to 9:13-17 |
| 9:24-10:12 (appears to be directed to 9:22-10:12 | Fault irrelevant given plaintiff's admission of being distracted; prejudicial. | OVERRULED |

| | | |
|---|---|---|
| 11:23-12:5 | Fault irrelevant given plaintiff's admission of being distracted; prejudicial. | OVERRULED as to 11:23-12:2 (ending after "I don't know why she didn't get over.")<br><br>**SUSTAINED** as to 12:2-5 (beginning at "I mean, it . . .") |
| 16:13-17:18 | Fault irrelevant given plaintiff's admission of being distracted; prejudicial. | OVERRULED |

### B. William Cummings (November 4, 2010)

| **Defendant's Designation** | **Plaintiffs' Objection** | **Court's Ruling** |
|---|---|---|
| | None | |
| **Plaintiffs' Counter-Designation** | **Defendant's Objection** | **Court's Ruling** |
| 68:14-21 (previously designated 57:7-63:21, but Plaintiffs withdrew designation as to 57:7-68:13) | Graco objects pursuant to FRE 402 and 403.  Testimony about Mr. Cummings' own seat belt use, experience with car seats and personal opinions regarding the crashworthiness doctrine have no place in this case (see, e.g. 64:15-68:21)<br><br>Graco further objects that this testimony was designated by plaintiffs in an attempt to bury relevant evidence.  While Graco's total designations of Mr. Cummings are only 6 minutes, this portion alone is more than 10 minutes long.<br><br>Graco further objects that the designation includes improper hypothetical questions that lack foundation and a sufficient evidentiary predicate. | OVERRULED |

### C.  Steven Huffine (February 22, 2011)

| Defendant's Designation | Plaintiffs' Objection | Court's Ruling |
|---|---|---|
| 24:6-21 | Hearsay, Rule 802, no foundation; prejudicial under Rule 403. | **SUSTAINED** |
| 30:16-32:6 | No foundation under Rules 702, 703; use of term "possibly" on pg. 31, L. 4 is not to reasonable medical probability and is therefore irrelevant and prejudicial under Rules 402 and 403. The witness admits his opinion on this issue is not based on reasonable medical certainty.  See pg. 66, L. 20 – pg. 67, L. 3. Hearsay under Rule 802. Not qualified to offer this opinion; see pg.60, L. 1 – pg. 61, L. 13. | OVERRULED |
| 32:20-24 | No foundation under Rules 702, 703; use of term "possibly" on pg. 31, L. 4 is not to reasonable medical probability; question is not asked to reasonable medical probability and is therefore irrelevant and prejudicial under Rules 402 and 403.  The witness admits his opinion on this issue is not based on reasonable medical certainty. See pg. 66, L. 20 – pg. 67, L. 3. Hearsay under Rule 802. Not qualified to offer this opinion; see pg.60, L. 1 – pg. 61, L. 13. | OVERRULED |
| 67:22-68:2 | Leading (form objection made; question was not rephrased) | OVERRULED |
| 68:9-12 | Leading (form objection made; question was not rephrased) | OVERRULED |
| **Plaintiffs' Counter-Designation** | **Defendant's Objection** | **Court's Ruling** |
| 33:1-48:23 | Graco objects pursuant to FRE 402 and 403.  Detailed testimony of J.M.'s treatment is not material to any issue in this case.<br><br>Graco further objects that this testimony was designated by plaintiffs in an attempt | OVERRULED |

|  | to bury relevant evidence.  While Graco's total designations of Mr. Huffine total only 18 minutes, this portion of counter-designations alone is more than 21 minutes long |  |
|---|---|---|
| 51:6-25 | Graco objects pursuant to FRE 402 and 403.  Detailed testimony of J.M.'s treatment is not material to any issue in this case. | OVERRULED |
| 61:14-62:8 | Graco objects pursuant to FRE 402 and 403.  Detailed testimony of J.M.'s treatment is not material to any issue in this case. | OVERRULED |
| 63:6-65:23 | Foundation—improper question asking witness to comment on other witnesses' testimony. | **SUSTAINED** |

**IT IS SO ORDERED.**

**SIGNED this 20th day of August, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

4