# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| CHAD MCCUNE *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 5:09-cv-107 |
| GRACO CHILDREN'S PRODUCTS INC., | § § § | |
| Defendant. | § § | |

## DEFENDANT GRACO CHILDREN'S PRODUCTS INC.'S
## NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to this Court's Order of October 5, 2011, Defendant Graco Children's Products Inc. respectfully submits this Notice of Intent to Request Redaction of the August 22, 2011 trial transcript, including but not limited to the testimony of David Galambos.

Respectfully submitted,

/s/ Heidi Oertle
Joseph J. Krasovec, III
Heidi K. Oertle
Schiff Hardin LLP
233 S. Wacker, Suite 6600
Chicago, IL 60606
312-258-5500
312-258-5600 facsimile

John B. Greer III
Texas Bar No. 08420000
Greer & Miller
3512 Texas Boulevard
Texarkana, Texas 75503
(903) 791-9300
(903) 791-9301 facsimile

- 2 -

Jeffrey S. Patterson
Hartline Dacus Barger Dreyer LLP
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
(214) 346-3701
(214) 267-4201 facsimile

ATTORNEYS FOR DEFENDANT
GRACO CHILDREN'S PRODUCTS INC.

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 11, 2011, she filed the foregoing document on all counsel of record via the Court's ECF system.

/s/ Heidi Oertle
Heidi Oertle

CH2\10537056.1